```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
                            *
WILLIAM R. JACKSON, JR,
                            *
    Plaintiff,
                            *
vs.                              CASE NO. 4:12-CV-235-CDL
                            *         42 U.S.C. § 1983
STATE OF GEORGIA, et al.,
                            *
    Defendants.
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 15, 2013. The Court reviews this matter de novo. Having reviewed the Report and Recommendation and the present record, the Court adopts the Report and Recommendation of the Magistrate Judge to the extent that it recommends dismissal of this action based upon Plaintiff's failure to exhaust his administrative remedies. The Court finds Plaintiff's objections to be without merit. Accordingly, this action is dismissed because Plaintiff failed to exhaust his administrative remedies. All other motions shall be terminated as moot.

IT IS SO ORDERED, this 28th day of August, 2013.

                          S/Clay D. Land
                          CLAY D. LAND
                          U.S. DISTRICT JUDGE